**C. S. HOBGOOD, Appellant,**

v.

**J. L. HUMPHREY et al., Appellees.**

Court of Appeals of Kentucky.

March 4, 1955.

Frederick E. Nichols, Nichols & Nichols, Madisonville, for appellant.

L. B. Weir, Madisonville, for appellees.

PER CURIAM.

This appeal involves the title to a small strip of land and the cross-appeal involves damages for its use by the appellant.

Not finding the judgment "clearly erroneous," CR 52.01, we affirm it on appeal and cross-appeal.